**Michael Carmie ANTONELLI,
Appellant,**

v.

**Linda SANDERS, Appellee.**

**No. 06–1450.**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 3, 2007.

Filed: July 6, 2007.

Michael Carmie Antonelli, Manchester, KY, pro se.

E. Fletcher Jackson, U.S. Attorney's Office, Eastern District of Arkansas, Little Rock, AR, for Appellee.

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

---

[UNPUBLISHED]

PER CURIAM.

Michael Carmie Antonelli appeals following the district court's [1] dismissal of his 28 U.S.C. § 2241 petition and denial of his motion for relief from judgment. We conclude that the dismissal of the section 2241 petition was proper for the reasons explained by the district court, *see Abdullah v. Hedrick,* 392 F.3d 957, 959 (8th Cir. 2004) (de novo standard of review), and that the district court did not abuse its discretion in denying the motion for relief from judgment, *see Sanders v. Clemco Indus.,* 862 F.2d 161, 169–70 (8th Cir.1988).

Accordingly, we affirm the district court's judgment.

---

1. The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.